

# EXHIBIT F



# '708 Claim Chart

## Apple – iPhone 16 Pro Max

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 2 |
|---|---|---|
| **8. An imaging apparatus comprising:**<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max is an imaging apparatus. It is equipped with multiple rear digital cameras.<br><br><br><br>**Source:** https://www.apple.com/iphone-16-pro/ | |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 3 |
|---|---|---|
| **8. An imaging apparatus comprising:**<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max is an imaging apparatus. It is equipped with multiple rear digital cameras.<br><br>**Pro camera system**<br><br>48MP Fusion: 24 mm, f/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)<br><br>Also enables 12MP 2x Telephoto: 48 mm, f/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels<br><br>48MP Ultra Wide: 13 mm, f/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)<br><br>12MP 5x Telephoto: 120 mm, f/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design<br><br>**Source:** https://www.apple.com/iphone-16-pro/specs/ | |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 4 |
|---|---|---|

8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The iPhone 16 Pro Max comprises a **first camera** having a first field of view for capturing a first image of a scene.



**Source:** https://www.apple.com/iphone-16-pro/

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 5 |
|---|---|---|

8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The iPhone 16 Pro Max comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 48MP Ultra Wide camera ("**first camera**") with a diagonal angular field of view of 120 degrees, which yields photos spanning 3,024 x 4032 pixels.



**Source:** https://www.apple.com/iphone-16-pro/specs/



**Source:** Screen capture during product testing

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 8. An imaging apparatus comprising:<br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 48MP Ultra Wide camera ("**first camera**") with a diagonal angular field of view of 120 degrees, which yields photos spanning 3,024 x 4032 pixels.<br><br><br><br>**Source:** https://www.apple.com/iphone-16-pro/specs/<br><br><br><br>**Source:** Screen capture during product testing |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 7 |
|---|---|---|
| 8. An imaging apparatus comprising:<br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a **first camera** having a **first field of view for capturing a first image of a scene**. | |




**first field of view**

(0.5x) Image (captured in Photo mode with Ultra Wide camera and by covering the remaining cameras)

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 8 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **first camera** captures a first image of a scene which has a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 9 |
|---|---|---|
| 8. An imaging apparatus comprising:<br>a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{120°}{2}\right) \times \text{working distance}$$<br><br>$$\text{linear field of view}_{\text{diagonal}} = 3.464 \times \text{working distance}$$<br><br>The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):<br><br>$$c = \sqrt{a^2 + b^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = \sqrt{3{,}024^2 + 4{,}032^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = 5{,}040 \text{ pixels}$$<br><br>Thus, the **first image resolution** is calculated as follows:<br><br>$$\textbf{first image resolution} = \frac{5040 \; pixels}{3.464 \times WD} = 1{,}455 \text{ pixels/working distance}$$ | |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 10 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The iPhone 16 Pro Max comprises a **second camera** having a second field of view for capturing a second image.



**Source:** https://www.apple.com/iphone-16-pro/

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 11 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The iPhone 16 Pro Max comprises a **second camera** having a **second field of view** for capturing a second image. It includes a 48MP Fusion camera ("**second camera**") which yields photos spanning 6,048 × 8,064 pixels.

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/



**Source:** Screen capture during product testing

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 12 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The iPhone 16 Pro Max comprises a **second camera** having a **second field of view**. It includes a 48MP Fusion camera ("**second camera**") which yields photos spanning 6,048 × 8,064 pixels. The iPhone 16 Pro Max literature does not provide the Fusion camera's diagonal angular FOV. It can be calculated manually using the below steps:

1. Hang a grid chart on the wall with each grid square being 4 cm x 4 cm.
2. Place the phone in front of the grid chart that (0, 0) coordinate of the grid chart is at the center of the camera.
3. Measure the distance ($d$) between chart and phone (iPhone 16 Pro Max). Here, this comes out to be 20 cm.
4. Block the Ultra-Wide and Telephoto lenses so that only the Fusion camera (**second camera**) is not covered.
4. Open the camera app on the phone and observe the horizontal and vertical views. This is the **second field of view**..
5. Measure the horizontal & vertical distances within the first field of view. Here, these are 20 cm & 27.2 cm.
6. Values for $x$ and $y$ are calculated by dividing these numbers by 2.

 

$$x = \frac{20\ cm}{2} = 10\ cm$$

$$y = \frac{27.2\ cm}{2} = 13.6\ cm$$

**Source:** Product Testing

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 13 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

7. Diagonal distance $z$ can be calculated for previously known distances $x$ and $y$ using the Pythagorean Theorem.

$$z = \sqrt{x^2 + y^2}$$

$$z = \sqrt{10^2 + 13.6^2}$$

$$z = \mathbf{16.9}$$

8. Once the diagonal distance $z$ is calculated, we can calculate diagonal angular FOV.

**<u>Diagonal FOV (dFOV)</u>**

$$dFOV = 2 * tan^{-1} \frac{z}{d}$$

$$dFOV = 2 * tan^{-1} \frac{\sqrt{x^2 + y^2}}{d}$$

$$dFOV = 2 * tan^{-1} \frac{16.9}{20}$$

$$\boxed{dFOV = 80.4°}$$

Thus, The iPhone 16 Pro Max comprises a **second camera** having a **second field of view**. It includes a 48MP Fusion camera ("**second camera**") with a diagonal angular field of view of 80.4 degrees ("**second field of view**"), which yields photos spanning 6,048 × 8,064 pixels.

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus 14 |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a **second camera** having a **second field of view for capturing a second image**.<br><br>**second field of view**<br> <br><br>(1x) Image (captured in Photo mode with Fusion camera and by covering the remaining cameras) |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 15 |
|---|---|---|

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 8. An imaging apparatus comprising:<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The **second camera** captures a second image which has a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:<br><br>$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$<br><br>**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/<br><br>A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$<br><br>**AFOV:** angular field of view<br><br>**FOV:** linear field of view<br><br>**WD:** working (object) distance<br><br><br><br>*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.* |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 16 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{80.4°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.690 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{6,048^2 + 8,064^2}$$

$$\text{pixels}_{\text{diagonal}} = 10,080 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{10,080 \; pixels}{1.690 \times WD} = 5,965 \text{ pixels/working distance}$$

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 17 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and **the second image resolution is higher than the first image resolution** and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The Fusion camera ("**second camera**") of the iPhone 16 Pro Max captures a **second image** having a resolution of 5,694.5 pixels/working distance ("**second image resolution**") and the Ultra Wide camera ("**first camera**") captures a **first image** having a resolution of 1,455 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.

Visual comparison further confirms that the resolution of the **second image** is higher than that of the **first image.**

 

(1x) Image cropped (captured with Fusion camera and by covering the remaining cameras)

(0.5x) Image cropped (captured with Ultra Wide camera and by covering the remaining cameras)

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 18 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and **the second field of view is smaller than the first field of view,** and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The Fusion camera ("**second camera**") has a diagonal angular field of view of 80.4 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 120 degrees ("**first field of view**") of the Ultra Wide camera ("**first camera**").

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/

$$dFOV = 80.4°$$

**Source:** Manually calculated

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 19 |
|---|---|---|

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, **and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,**

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The **second image** corresponds to a subset of the scene that is within the **field of view of the first camera**.



Above, the two photos illustrate the corresponding subset of the (1x) Image (captured with Fusion camera and by covering the remaining cameras) (right image) overlayed on the (0.5x) Image (captured with Ultra Wide camera and by covering the remaining cameras) (left image).

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 20 |
|---|---|---|

| | |
|---|---|
| 8. An imaging apparatus comprising: <br> a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution, <br> a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera, <br> **at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for: <br> receiving the first image and the second image, <br> registering at least a subset of the first image to a subset of the second image, <br> calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus, <br> generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and <br> saving the output image, <br> whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises at least one **processor**, in communication with the first camera and the second camera. It includes Apple A18 Pro chip. <br><br>  <br><br> **Source:** https://www.apple.com/iphone-16-pro/specs/ <br><br>  <br><br> **Source:** https://www.apple.com/iphone-16-pro/specs/ <br><br> **Source:** https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 21 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The iPhone 16 Pro Max comprises at least one **processor, in communication with the** first camera and the second camera. The Apple A18 Pro chip is in communication with the 48MP Ultra Wide camera ("first camera") and the 48MP Fusion camera ("second camera"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.



**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=Z6eOBneq6_cYQjDW&t=4783



**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 22 |
| --- | --- | --- |

<table>
<tr><td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td><td>

The iPhone 16 Pro Max comprises at least one **processor, in communication with the** first camera and the second camera. The Apple A18 Pro chip is in communication with the 48MP Ultra Wide camera ("first camera") and the 48MP Fusion camera ("second camera"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.



On the other half of the logic board, we have the A18 Pro System on Chip located in the center

**Source:** https://youtu.be/PHQD4FcsOvs?si=bL59gN5CaM9vPnqR&t=559

</td></tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus 23 |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises at least one **processor, in communication with the first camera and the second camera**. The Apple A18 Pro chip **processor** is in communication with the 48MP Ultra Wide camera ("**first camera**") and the 48MP Fusion camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.<br><br><br><br>**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229<br><br><br><br>**Source:** https://youtu.be/PHQD4FcsOvs?si=bL59gN5CaM9vPnqR&t=559 |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 24 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**

**receiving the first image and the second image,**

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The iPhone 16 Pro Max comprises a processor configured for receiving the first image and the second image. The Apple A18 Pro chip **processor** receives the **first image** and the **second image**.



(0.5x) Image (captured with Ultra Wide camera and by covering the remaining cameras)



(1x) Image (captured with Fusion camera and by covering the remaining cameras)

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 25 |
|---|---|---|

<table>
<tr>
<td>

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**

**receiving the first image and the second image,**

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

</td>
<td>

Product testing confirms that the iPhone 16 Pro Max uses two cameras to add a blur effect to an **output image** when operated in Portrait Mode.

  



Portrait Mode Image (captured from Fusion camera only with other cameras blocked)

Portrait Mode Image (captured from Ultra Wide camera only with other cameras blocked)

Portrait Mode Image (captured from Ultra Wide camera and Fusion camera)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the Ultra Wide camera or only the Fusion camera is used. This confirms that the processor of the iPhone 16 Pro Max receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

</td>
</tr>
</table>

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus 26 |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:<br><br>receiving the first image and the second image,<br><br>**registering at least a subset of the first image to a subset of the second image,**<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a processor configured for registering at least a subset of the first image to a subset of the second image. In Portrait Mode, the Apple A18 Pro chip **processor** necessarily registers at least a subset of the **first image** to a subset of the **second image** that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images. |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus <span style="float:right">27</span> |
|---|---|
| 8. An imaging apparatus comprising:<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>**calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,**<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a processor configured for calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the iPhone 16 Pro Max. The Apple A18 Pro chip **processor** **calculates the distance** of at least one object in the scene from the iPhone 16 Pro Max, based on at least one of the **first image** and the **second image**.<br><br>On iOS devices with a back-facing dual camera or a front-facing TrueDepth camera, the capture system can record depth information. A depth map is like an image; however, instead of each pixel providing a color, it indicates distance from the camera to that part of the image (either in absolute terms, or relative to other pixels in the depth map).<br><br>You can use a depth map together with a photo to create image-processing effects that treat foreground and background elements of a photo differently, like the Portrait mode in the iOS Camera app. By saving color and depth data separately, you can even apply and change these effects long after a photo has been captured.<br><br>**Source:** https://developer.apple.com/documentation/avfoundation/capturing-photos-with-depth<br><br><br><br>**Source:** https://developer.apple.com/documentation/avfoundation/capturing-photos-with-depth |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 28 |
|---|---|---|

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>**generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera,** wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image,<br><br>and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The iPhone 16 Pro Max comprises a processor configured for generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an **output image** corresponding to a portion of the scene that is within the **field of view of the first camera.** Product testing confirms that the **output image** corresponds to a portion of the scene that is within **field of view of the first camera.**<br><br><br><br>(0.5x) Image (captured with Ultra Wide camera and by covering the remaining cameras)    (1x) Portrait Mode Image (captured from Ultra Wide camera and Fusion camera) |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 29 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, **wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region,** wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image** has at least two image regions, an **inner image region** and an **outer image region**, with the inner image region surrounded at least partially by the outer image region.



Portrait Mode Image (captured from Ultra Wide camera and Fusion camera)

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 30 |
|---|---|---|
| 8. An imaging apparatus comprising:<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, **wherein the image resolution of the inner image region is higher than the image resolution of the first image** and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | Product testing confirms that the **output image**'s <mark>inner image region</mark> has a higher image resolution than the image resolution of the of the **first image**.<br><br> <br><br>(0.5x) Image cropped (captured with Ultra Wide camera and by covering the remaining cameras)    (1x) Portrait Mode Image cropped (captured from Ultra Wide camera and Fusion camera) | |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 31 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and **the image resolution of the outer image region is lower than the image resolution of the first image,** and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image**'s <mark>outer image region</mark> has a lower image resolution than the image resolution of the of the **first image**.

 

(0.5x) Image cropped (captured with Ultra Wide camera and by covering the remaining cameras)

(1x) Portrait Mode Image cropped (captured from Ultra Wide camera and Fusion camera)

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 32 |
|---|---|---|

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

**saving the output image,**

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The iPhone 16 Pro Max comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage.

> By default, your photos and videos are stored on your device in their original, high-resolution version. This means that they use a lot of space on your iPhone and iPad. With iCloud Photos, you can make more space available on your device and still have access to your entire full-resolution collection wherever you go.

**Source:** https://support.apple.com/en-us/105061





**Source:** Screen captures during product testing

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus | 33 |
|---|---|---|

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>**whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.** | Product testing confirms that the iPhone 16 Pro Max comprises a processor configured for saving the output image, whereby the ==inner image region== of the **output image** appears to a human eye as sharp and clear and the ==outer image region== of the output image appears to the human eye as relatively blurry.<br><br> <br><br>(1x) Portrait Mode Image (captured from Ultra Wide camera and Fusion camera)    (1x) Portrait Mode Image (captured from Ultra Wide camera and Fusion camera) |

| '708 Claim Element | iPhone 16 Pro Max | Live Focus / Portrait Mode |
|---|---|---|
| **first camera** | 48MP Ultra Wide | |
| **first field of view** | 120˚ | |
| **first image resolution** | 1,455 pixels/working distance | |
| **second camera** | 48MP Fusion | |
| **second field of view** | 80.4˚ | |
| **second image resolution** | 5,965 pixels/working distance | |
| **processor** | Apple A18 Pro | |

**Sources:** Product Testing (for color filter arrays & Portrait image);
https://www.apple.com/iphone-16-pro/specs/ ;
https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php ;
https://www.gsmarena.com/apple_iphone_16_pro_max-review-2750p5.php ;
https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632 ;
https://spinformation-info.translate.goog/all/smartphone-image-
sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc ;
https://www.youtube.com/live/uarNiSl_uh4?si=Z6eOBneq6_cYQjDW&t=4783

