# EXHIBIT G



# ’705 Claim Chart

## Apple – iPhone 16 Pro Max

**1. A portable imaging apparatus, comprising:**

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max is an imaging apparatus. It is equipped with multiple rear digital cameras.



**Source:** https://www.apple.com/iphone-16-pro/

| U.S. Pat. No. 10,623,705 B2 | Accused Apparatus | 3 |
|---|---|---|

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **first camera** module having a **first field of view**. It includes a 48MP Fusion camera ("**first camera**") with a diagonal angular field of view of 80.4 degrees, which yields photos spanning 6,048 × 8,064 pixels.



**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=4CXJncrYnR09_HMH&t=4857

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max comprises a **first camera** module having a **first field of view**. It includes a 48MP Fusion camera ("**first camera**") which yields photos spanning 6,048 × 8,064 pixels. The iPhone 16 Pro Max literature does not provide the Fusion camera's diagonal FOV. It can be calculated manually using the below steps:

1. Hang a grid chart on the wall with each grid square being 4 cm x 4 cm.
2. Place the phone in front of the grid chart that (0, 0) coordinate of the grid chart is at the center of the camera.
3. Measure the distance ($d$) between chart and phone (iPhone 16 Pro Max). Here, this comes out to be 20 cm.
4. Block the Ultra-Wide and Telephoto lenses so that only the Fusion camera (**first camera**) is not covered.
4. Open the camera app on the phone and observe the horizontal and vertical views. This is the **first field of view**.
5. Measure the horizontal & vertical distances within the first field of view. Here, these are 20 cm & 27.2 cm.
6. Values for $x$ and $y$ are calculated by dividing these numbers by 2.




$$x = \frac{20\ cm}{2} = 10\ cm$$

$$y = \frac{27.2\ cm}{2} = 13.6\ cm$$

**Source:** Product Testing

**Accused Apparatus**                                                                 5

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

7. Diagonal distance $z$ can be calculated for previously known distances $x$ and $y$ using the Pythagorean Theorem.

$$z = \sqrt{x^2 + y^2}$$

$$z = \sqrt{10^2 + 13.6^2}$$

$$z = \mathbf{16.9}$$

8. Once the diagonal distance $z$ is calculated, we can calculate diagonal FOV.

**Diagonal FOV (dFOV)**

$$dFOV = 2 * tan^{-1} \frac{z}{d}$$

$$dFOV = 2 * tan^{-1} \frac{\sqrt{x^2 + y^2}}{d}$$

$$dFOV = 2 * tan^{-1} \frac{16.9}{20}$$

$$\boxed{\boldsymbol{dFOV} = 80.4°}$$

Thus, the iPhone 16 Pro Max comprises a **first camera** module having a **first field of view**. It includes a 48MP Fusion camera ("**first camera**") with a diagonal angular field of view of **80.4 degrees**, which yields photos spanning 6,048 × 8,064 pixels.

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, **for capturing a first image which is an image of a first scene that includes an object**;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **first camera** module having a **first field of view** for capturing a first image which is an image of a first scene that includes an object (i.e., a mug).



**first field of view**



(1x) Image (captured with 48MP Fusion camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

**a first camera module having** a first field of view, **a first image resolution**, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **first camera** module having a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2:** Relationship between FOV, sensor size, and WD for a given AFOV.

1. A portable imaging apparatus, comprising:

**a first camera module having** a first field of view, **a first image resolution**, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{80.4°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.690 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{6{,}048^2 + 8{,}064^2}$$

$$\text{pixels}_{\text{diagonal}} = 10{,}080 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{10{,}080 \; pixels}{1.690 \times WD} = 5{,}965 \text{ pixels/working distance}$$

1. A portable imaging apparatus, comprising:

**a first camera module having** a first field of view, a first image resolution, and **a first color filter array**, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **first camera** module having a **first color filter array**.



**Source:** https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632



**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The iPhone 16 Pro Max comprises a **second camera** module having a **second field of view**. It includes a 12MP Telephoto camera ("**second camera** ") with a diagonal angular field of view of 20 degrees, which yields photos spanning 3,024 x 4,032 pixels.<br><br><br><br>**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=tVNVWOpelSC7_Ez8&t=4894 |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max comprises a **second camera** module having a **second field of view**. It includes a 12MP Telephoto camera ("**second camera** ") with a diagonal angular field of view of 20 degrees, which yields photos spanning 3,024 x 4,032 pixels.

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/



**Source:** Screen capture during product testing

Case 7:26-cv-00203    Document 1-7    Filed 05/21/26    Page 13 of 39

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, **for capturing a second image**, wherein:
the second image is an image of a second scene that includes the object,
the second scene is a subset of the first scene,
the second field of view is a subset of the first field of view, and
the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:
receive the geographical location of the portable imaging apparatus from the GPS sensor,
receive the first and second images,
execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,
execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,
generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:
the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **second camera** module having a **second field of view for capturing a second image**.

**second field of view**

 

(5x)

(5x) Image (captured with 12MP Telephoto camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, **a second image resolution** that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max comprises a **second camera** module having a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2:** Relationship between FOV, sensor size, and WD for a given AFOV.

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, **a second image resolution** that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{20°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 0.3526 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3{,}024^2 + 4{,}032^2}$$

$$\text{pixels}_{\text{diagonal}} = 5{,}040 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{5{,}040 \; pixels}{0.3526 \times WD} = 14{,}293 \text{ pixels/working distance}$$

| | |
|---|---|
| 1. A portable imaging apparatus, comprising: <br> a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object; <br> **a second camera module having** a second field of view, **a second image resolution that is higher than the first image resolution**, and a second color filter array, for capturing a second image, wherein: <br> the second image is an image of a second scene that includes the object, <br> the second scene is a subset of the first scene, <br> the second field of view is a subset of the first field of view, and <br> the second field of view is n times smaller than the first field of view, <br> wherein 2≤n≤5; <br> at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement; <br> a GPS sensor for determining the geographical location of the portable imaging apparatus; <br> a memory unit; <br> at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to: <br> receive the geographical location of the portable imaging apparatus from the GPS sensor, <br> receive the first and second images, <br> execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus, <br> execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images, <br> generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein: <br> the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and <br> saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The 12MP Telephoto camera ("**second camera**") of the iPhone 16 Pro Max captures a **second image** having a resolution of 14,293 pixels/working distance ("**second image resolution**") and the 48MP Fusion camera ("**first camera**") captures a **first image** having a resolution of 5,965 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image. |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, a second image resolution that is higher than the first image resolution, and **a second color filter array**, for capturing a second image, wherein:
the second image is an image of a second scene that includes the object,
the second scene is a subset of the first scene,
the second field of view is a subset of the first field of view, and
the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:
receive the geographical location of the portable imaging apparatus from the GPS sensor,
receive the first and second images,
execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,
execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,
generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:
the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **second camera** module having a **second color filter array**.



**Source:** https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632



(5x) Image (captured with 12MP Telephoto camera and 48MP Fusion camera, and by covering the remaining cameras)

Case 7:26-cv-00203   Document 1-7   Filed 05/21/26   Page 18 of 39

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

**the second image is an image of a second scene that includes the object**,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's **second image** is an image of a second scene that includes the mug ("object").

 

(5x)   (5x)

(5x) Image (captured with 12MP Telephoto camera and by covering the remaining cameras)

(5x) Image (captured with 12MP Telephoto camera and 48MP Fusion camera, and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:
the second image is an image of a second scene that includes the object,
**the second scene is a subset of the first scene**,
the second field of view is a subset of the first field of view, and
the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:
receive the geographical location of the portable imaging apparatus from the GPS sensor,
receive the first and second images,
execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,
execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,
generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:
the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's second image is an image of a **second scene** that is a subset of the **first scene**.



Above, the two photos illustrate the corresponding subset of the (5x) Image (captured with 12MP Telephoto camera and 48MP Fusion camera, and by covering the remaining cameras) (right image) overlayed on the (1x) Image (captured with 48MP Fusion camera and by covering the remaining cameras) (left image).

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

**the second field of view is a subset of the first field of view**, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's **second field of view** is a subset of the **first field of view**.

**first field of view**



**second field of view**



(1x) Image (captured with 48MP Fusion camera and by covering the remaining cameras)

(5x) Image (captured with 12MP Telephoto camera 48MP Fusion camera, and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

**the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;**

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The 12MP Telephoto camera ("**second camera**") has a diagonal angular field of view of 20 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 80.4 degrees ("**first field of view**") of the Fusion camera ("**first camera**"). Thus, the **second field of view** is 4.02 times smaller than the **first field of view**, wherein $2 \leq 4.02 \leq 5$.

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

**the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;**

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The 12MP Telephoto camera ("**second camera**") has a diagonal angular field of view of 20 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 80.4 degrees ("**first field of view**") of the Fusion camera ("**first camera**"). Thus, the **second field of view** is 4.02 times smaller than the **first field of view**, wherein $2 \leq 4.02 \leq 5$.

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilisation, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilisation, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilisation and autofocus, tetraprism design

**Source:** https://www.apple.com/iphone-16-pro/specs/

**Diagonal FOV (dFOV)**    $dFOV = 80.4°$

**Source:** Manually Calculated

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

**at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement**;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises an **accelerometer** for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement.



**Source:** https://www.apple.com/iphone-16-pro/specs/

**Accelerometer and gyroscope**

Accelerometers in mobile phones are used to detect the orientation of the phone.

An accelerometer measures linear acceleration of movement, while a gyro on the

**Source:** https://m.gsmarena.com/glossary.php3?term=sensors (General Literature)

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>   the second image is an image of a second scene that includes the object,<br>   the second scene is a subset of the first scene,<br>   the second field of view is a subset of the first field of view, and<br>   the second field of view is n times smaller than the first field of view,<br>      wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>**a GPS sensor for determining the geographical location of the portable imaging apparatus;**<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>   receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>   receive the first and second images,<br>   execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>   execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>   generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>      the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The iPhone 16 Pro Max comprises a <span style="color:orange">**GPS sensor**</span> for determining the geographical location of the iPhone 16 Pro Max.<br><br><br><br>**Source:** https://www.apple.com/iphone-16-pro/specs/ |

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>**a memory unit**;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The iPhone 16 Pro Max comprises a **memory unit**.<br><br><br><br>**Source:** https://www.apple.com/iphone/compare/<br><br>**MEMORY**<br><br>| Card slot | No |<br>|---|---|<br>| Internal | 256GB 8GB RAM, 512GB 8GB RAM, 1TB 8GB RAM NVMe |<br><br>**Source:** https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a
    first color filter array, for capturing a first image which is an image of a first
    scene that includes an object;

a second camera module having a second field of view, a second image
    resolution that is higher than the first image resolution, and a second color
    filter array, for capturing a second image, wherein:
    the second image is an image of a second scene that includes the object,
    the second scene is a subset of the first scene,
    the second field of view is a subset of the first field of view, and
    the second field of view is n times smaller than the first field of view,
      wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging
    apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging
    apparatus;

a memory unit;

**at least one processor in communication with the first camera module, the
    second camera module, the at least one accelerometer, the memory unit,
    and the GPS sensor**, wherein the at least one processor is configured to:
    receive the geographical location of the portable imaging apparatus from the
      GPS sensor,
    receive the first and second images,
    execute a distance calculation procedure, based upon at least one of the
      received images, to estimate the distance of at least one point on the
      object from the portable imaging apparatus,
    execute an image blurring procedure, based at least in part upon the
      estimated distance, to reduce the image resolution of at least a portion of
      at least one of the received images,
    generate an output image that has at least two image areas, a first area that
      includes the object and is a subset of the second image, and a second
      area that at least partially surrounds the first area, wherein:
    the second area is blurred at least partially as a result of the image
      blurring procedure, and the resolution of the second area is less than
      the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical
    location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **processor** in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor.



**Source:** https://www.apple.com/iphone-16-pro/specs/



**Source:** https://www.apple.com/iphone-16-pro/specs/

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

**at least one processor in communication with the first camera module, the second camera module**, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max comprises a **processor** in communication with the **first camera** module and the **second camera** module. The Apple A18 Pro **processor** is in communication with the 48MP Fusion camera ("**first camera**") and the 12MP Telephoto camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera modules utilizing software code embedded in the processor.



**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=Z6eOBneq6_cYQjDW&t=4783

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

**at least one processor in communication with the first camera module, the second camera module**, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max comprises a **processor** in communication with the **first camera** module and the **second camera** module. The Apple A18 Pro **processor** is in communication with the 48MP Fusion camera ("**first camera**") and the 12MP Telephoto camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera modules utilizing software code embedded in the processor.



**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229



On the other half of the logic board, we have the A18 Pro System on Chip located in the center

**Source:** https://youtu.be/PHQD4FcsOvs?si=bL59gN5CaM9vPnqR&t=559

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

**at least one processor in communication with** the first camera module, the second camera module, **the at least one accelerometer, the memory unit, and the GPS sensor**, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max comprises a **processor** in communication with the first camera module, the second camera module, the at least one **accelerometer**, the **memory unit**, and the **GPS sensor**. The Apple A18 Pro **processor** is in communication with the **accelerometer**, the 256GB/512GB/1TB **memory unit**, and the **GPS sensor**. The **accelerometer**, 256GB/512GB/1TB **memory unit**, and **GPS sensor** are connected to a logic board, and the processor communicates with them utilizing software code embedded in the processor.



Source: https://www.apple.com/iphone-16-pro/specs/



Source: https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php

Source: https://www.apple.com/iphone-16-pro/specs/



Source: https://www.apple.com/iphone-16-pro/specs/

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

**receive the geographical location of the portable imaging apparatus from the GPS sensor**,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's processor is configured to **receive the geographical location of the portable imaging apparatus from the GPS sensor**. The Apple A18 Pro **processor** receives the geographical location of the iPhone 16 Pro Max from the **GPS sensor**.



**Source:** https://www.apple.com/iphone-16-pro/specs/



**Source:** Product Testing

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

**receive the first and second images**,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's processor is configured to receive the **first** and **second images**. The Apple A18 Pro **processor** receives the **first image** and the **second image**.



(1x) Image (captured with 48MP Fusion camera and by covering the remaining cameras)



(5x) Image (captured with 12MP Telephoto camera and 48MP Fusion camera, covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

**receive the first and second images**,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

Product testing confirms that the iPhone 16 Pro Max uses two cameras to add a blur effect to an **output image** when operated in Portrait mode.

  

Portrait Mode (5x) Image (captured from 12MP Telephoto camera only with other cameras blocked)

Portrait Mode (5x) Image (captured from 48MP Fusion camera only with other cameras blocked)

Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the 48MP Fusion camera or only the 12MP Telephoto camera is used. This confirms that the processor of the iPhone 16 Pro Max receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

**execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus**,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The iPhone 16 Pro Max's processor is configured to **execute a distance calculation procedure**, based upon at least one of the received images, to estimate the distance of at least one point on the mug ("object") from the iPhone 16 Pro Max. The Apple A18 Pro **processor calculates the distance** of one point on the mug ("object") in the scene from the iPhone 16 Pro Max, based on at least one of the **first image** and the **second image**.

Since iOS 17, you no longer need to worry about manually refocusing an image in the Camera app before you actually take it. Your iPhone's image signal processor (ISP) records enough depth data in photos now that you can simply refocus the photograph in the Photos editor. By changing the depth of field after the fact, you have control over which planes are blurred and what appears sharp and in focus.

**Source:** https://apple.gadgethacks.com/how-to/transform-your-iphone-portraits-with-must-know-refocusing-tool-photos-0385536/

On iOS devices with a back-facing dual camera or a front-facing TrueDepth camera, the capture system can record depth information. A depth map is like an image; however, instead of each pixel providing a color, it indicates distance from the camera to that part of the image (either in absolute terms, or relative to other pixels in the depth map).

You can use a depth map together with a photo to create image-processing effects that treat foreground and background elements of a photo differently, like the Portrait mode in the iOS Camera app. By saving color and depth data separately, you can even apply and change these effects long after a photo has been captured.

**Source:** https://developer.apple.com/documentation/avfoundation/capturing-photos-with-depth

Case 7:26-cv-00203   Document 1-7   Filed 05/21/26   Page 34 of 39

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

**execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images**,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The iPhone 16 Pro Max's processor is configured to execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images. Product testing confirms that it adds a blur effect to an **output image** when operated in Portrait mode.

  



Portrait Mode (5x) Image (captured from 12MP Telephoto camera only with other cameras blocked)

Portrait Mode (5x) Image (captured from 48MP Fusion camera only with other cameras blocked)

Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the 48MP Fusion camera or only the 12MP Telephoto camera is used. This confirms that the processor of the iPhone 16 Pro Max receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

**generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area**, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Product testing confirms that the iPhone 16 Pro Max's processor is configured to generate an **output image** that has at least two image areas, a **first area** that includes the object (i.e., mug) and is a subset of the **second image**, and a **second area** that at least partially surrounds the first area.



Photo Mode (5x) Image (captured with 12MP Telephoto camera and 48MP Fusion camera and by covering the remaining cameras)



Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

**the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image**; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Product testing confirms that the **output image**'s **second area** is blurred at least partially as a result of the image blurring procedure, and the resolution of the **second area** is less than the resolution of the **first image**.



Photo Mode (1x) Image (captured with 48MP Fusion camera and by covering the remaining cameras)

Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

**the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image**; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

Product testing confirms that the **output image**'s **second area** is blurred at least partially as a result of the image blurring procedure, and the resolution of the **second area** is less than the resolution of the **first image**.

 

Photo Mode (1x) Image cropped (captured with 48MP Fusion camera and by covering the remaining cameras)

Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

Case 7:26-cv-00203    Document 1-7    Filed 05/21/26    Page 38 of 39

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

**saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.**

The iPhone 16 Pro Max's processor **saves in the memory unit** the generated **output image** and the **geographical location** of the iPhone 16 Pro Max.





Portrait Mode (5x) Image (captured from 48MP Fusion camera and 12MP Telephoto camera with other cameras blocked)

**Source:** Screen shot from product testing.

By default, your photos and videos are stored on your device in their original, high-resolution version. This means that they use a lot of space on your iPhone and iPad. With iCloud Photos, you can make more space available on your device and still have access to your entire full-resolution collection wherever you go.

**Source: https://support.apple.com/en-us/105061**

| '705 Claim Element | iPhone 16 Pro Max | Portrait Mode |
|---|---|---|
| **first camera** | 48MP | |
| **first field of view** | 80.4˚ | |
| **first image resolution** | 5,965 pixels/working distance | |
| **first color filter array** | RGGB | |
| **second camera** | 12MP | |
| **second field of view** | 20˚ | |
| **second image resolution** | 14,293 pixels/working distance | |
| **second color filter array** | Since this camera captures color images, it can be reasonably inferred that it includes a color filter array. | |
| **first field of view : second field of view** (wherein 2 ≤ ratio ≤ 5) | 4.02 | |
| **processor** | Apple A18 Pro | |
| **accelerometer** | Yes | |
| **GPS sensor** | Yes | |
| **memory unit** | (8GB + 1TB) | |



**Sources:** Product Testing (Portrait image);
https://www.apple.com/iphone-16-pro/specs/ ;
https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php ;
https://www.gsmarena.com/apple_iphone_16_pro_max-review-2750p5.php ;
https://youtu.be/IBjlSNB3Y3g?si=KGylOS2lsOxm-6MG&t=632 ;
https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc ;
https://support.apple.com/en-in/108795 ;
https://www.youtube.com/live/uarNiSI_uh4?si=Z6eOBneq6_cYQjDW&t=4783