# EXHIBIT I



# U.S. Patent No. 12,336,782
# Claim Chart

Apple iPhone 16 Pro Max

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 2 |
|---|---|---|
| **1. An imaging system comprising:**<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br><br>responsive to receiving a selection associated with the third imaging option,<br><br>    (i) cause the first visible light camera to generate third image data that is associated with the scene,<br><br>    (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br><br>    (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max is an imaging system. It is equipped with multiple rear digital cameras.<br><br><br><br>**Camera**<br><br>**Pro camera system**<br><br>48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)<br><br>Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels<br><br>48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)<br><br>12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilization and autofocus, tetraprism design<br><br>**Source:** https://support.apple.com/en-us/121032 | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 3 |
|---|---|---|

**1.** An imaging system comprising:

**a first visible light camera having a first field of view**;

a second visible light camera having a second field of view;

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

a first imaging option corresponding to using the first visible light camera;

a second imaging option corresponding to using the second visible light camera; and

a third imaging option corresponding to using the first visible light camera and the second visible light camera;

a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and

at least one processor configured to:

responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;

responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and

responsive to receiving a selection associated with the third imaging option,
   (i) cause the first visible light camera to generate third image data that is associated with the scene,
   (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and
   (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

The Apple iPhone 16 Pro Max comprises a **first visible light camera** having a **first field of view**. This is the Apple iPhone 16 Pro Max Ultra-Wide camera with a field of view of 120°.



**48MP**
**Ultra Wide camera**
13 mm focal length
1.4 µm quad-pixel
Hybrid Focus Pixels
ƒ/2.2 aperture
Autofocus

**Camera**

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilization and autofocus, tetraprism design

**Source:** https://support.apple.com/en-us/121032; https://www.youtube.com/live/uarNiSl_uh4?t=4893s

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 4 |
|---|---|---|

**1.** An imaging system comprising:

a first visible light camera having a first field of view;

**a second visible light camera having a second field of view**;

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

a first imaging option corresponding to using the first visible light camera;

a second imaging option corresponding to using the second visible light camera; and

a third imaging option corresponding to using the first visible light camera and the second visible light camera;

a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and

at least one processor configured to:

responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;

responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and

responsive to receiving a selection associated with the third imaging option,

  (i) cause the first visible light camera to generate third image data that is associated with the scene,

  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and

  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

---

The Apple iPhone 16 Pro Max comprises a **second visible light camera** having a **second field of view**.



**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=4CXJncrYnR09_HMH&t=4857; https://support.apple.com/en-us/121032

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 5 |
|---|---|---|

**1.** An imaging system comprising:

a first visible light camera having a first field of view;

**a second visible light camera having a second field of view**;

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

a first imaging option corresponding to using the first visible light camera;

a second imaging option corresponding to using the second visible light camera; and

a third imaging option corresponding to using the first visible light camera and the second visible light camera;

a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and

at least one processor configured to:

responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;

responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and

responsive to receiving a selection associated with the third imaging option,

(i) cause the first visible light camera to generate third image data that is associated with the scene,

(ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and

(iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

---

This is the Apple iPhone 16 Pro Max Fusion camera does not publicly list the field of view in its literature. Therefore, its FOV must be calculated. To calculate field of view, we use the below equation. The relevant field of view for this analysis is the angular field of view (AFOV).



**Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.**

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view (AFOV)

**FOV:** linear field of view (FOV)

**WD:** working (object) distance (*d*)

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 6 |
|---|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>**a second visible light camera having a second field of view**;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>a first imaging option corresponding to using the first visible light camera;<br>a second imaging option corresponding to using the second visible light camera; and<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>at least one processor configured to:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>responsive to receiving a selection associated with the third imaging option,<br>  (i) cause the first visible light camera to generate third image data that is associated with the scene,<br>  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | $$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$<br><br>Using the above equation, solving for AFOV provides the equation:<br><br>$$AFOV = 2\tan^{-1}\left(\frac{z}{d}\right)$$<br><br>**AFOV:** angular field of view<br><br>**FOV:** linear field of view<br><br>**WD/*d*:** working (object) distance | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 7 |
|---|---|---|

<table>
<tr><td>

**1.** An imaging system comprising:
a first visible light camera having a first field of view;
**a second visible light camera having a second field of view**;
an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:
an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:
a first imaging option corresponding to using the first visible light camera;
a second imaging option corresponding to using the second visible light camera; and
a third imaging option corresponding to using the first visible light camera and the second visible light camera;
a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and
at least one processor configured to:
responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;
responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and
responsive to receiving a selection associated with the third imaging option,
  (i) cause the first visible light camera to generate third image data that is associated with the scene,
  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and
  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

</td><td>

The Apple iPhone 16 Pro Max comprises a **second visible light camera** having a **second field of view**. The Apple iPhone 16 Pro Max Fusion camera is not available in any online literature. Therefore, it was calculated manually using the following steps:

1. Hang a grid chart on the wall with each grid square being 4 cm x 4 cm.
2. Place the phone in front of the grid chart that (0, 0) coordinate of the grid chart is at the center of the camera.
3. Measure the distance ($d$) between chart and phone (iPhone 16 Pro Max). Here, this comes out to be 20 cm.
4. Block the Ultra-Wide and Telephoto lenses so that only the Fusion camera (**second camera**) is not covered.
4. Open the camera app on the phone and observe the horizontal and vertical views. This is the **second field of view**.
5. Measure the horizontal & vertical distances within the first field of view. Here, these are 20 cm & 27.2 cm.
6. Values for $x$ and $y$ are calculated by dividing these numbers by 2.

 

$$x = \frac{20\ cm}{2} = 10\ cm$$

$$y = \frac{27.2\ cm}{2} = 13.6\ cm$$

**Source:** product testing

</td></tr>
</table>

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 8 |
|---|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>**a second visible light camera having a second field of view**;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>a first imaging option corresponding to using the first visible light camera;<br>a second imaging option corresponding to using the second visible light camera; and<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>at least one processor configured to:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>responsive to receiving a selection associated with the third imaging option,<br>(i) cause the first visible light camera to generate third image data that is associated with the scene,<br>(ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>(iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | 7. Diagonal distance $z$ can be calculated for previously known distances $x$ and $y$ using the Pythagorean Theorem.<br><br>$$z = \sqrt{x^2 + y^2}$$<br><br>$$z = \sqrt{10^2 + 13.6^2}$$<br><br>$$z = \mathbf{16.9}$$<br><br>8. Once the diagonal distance $z$ is calculated, we can calculate diagonal angular FOV.<br><br>**Diagonal FOV (dFOV)**<br><br>$$dFOV = 2 * tan^{-1}\frac{z}{d}$$<br><br>$$dFOV = 2 * tan^{-1}\frac{\sqrt{x^2 + y^2}}{d}$$<br><br>$$dFOV = 2 * tan^{-1}\frac{16.9}{20}$$<br><br>$$\boxed{dFOV = 80.4°}$$<br><br>Thus, the **second field of view** of the Fusion camera is 80.4 degrees. |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **1.** An imaging system comprising:<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>**an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including**:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br><br>responsive to receiving a selection associated with the third imaging option,<br><br>    (i) cause the first visible light camera to generate third image data that is associated with the scene,<br><br>    (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br><br>    (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises an **interface** configured to present a **plurality of selectable imaging options**, the plurality of selectable imaging options.  The Apple iPhone 16 Pro Max contains an interface with options for capturing images such as photo, portrait, spatial, and panoramic.<br><br><br><br>**Source:** product testing |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>a second visible light camera having a second field of view;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>**a first imaging option corresponding to using the first visible light camera**;<br>a second imaging option corresponding to using the second visible light camera; and<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>at least one processor configured to:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>responsive to receiving a selection associated with the third imaging option,<br>  (i) cause the first visible light camera to generate third image data that is associated with the scene,<br>  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises an **interface** with a selectable **first imaging option** corresponding to using the **first visible light camera**.<br><br> <br><br>(0.5x) Image (captured in Photo mode with Ultra Wide camera and by covering the remaining cameras)<br><br>**Source:** product testing |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 11 |
|---|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>a second visible light camera having a second field of view;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>a first imaging option corresponding to using the first visible light camera;<br>**a second imaging option corresponding to using the second visible light camera; and**<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>at least one processor configured to:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>responsive to receiving a selection associated with the third imaging option,<br>  (i) cause the first visible light camera to generate third image data that is associated with the scene,<br>  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises an **interface** with a selectable **second imaging option** corresponding to using the **second visible light camera**.<br><br><br><br><br><br>(1x) Image (captured in Photo mode with Fusion camera and by covering the remaining cameras)<br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 12 |
|---|---|---|

**1.** An imaging system comprising:

a first visible light camera having a first field of view;

a second visible light camera having a second field of view;

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

a first imaging option corresponding to using the first visible light camera;

a second imaging option corresponding to using the second visible light camera; and

**a third imaging option corresponding to using the first visible light camera and the second visible light camera;**

a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and

at least one processor configured to:

responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;

responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and

responsive to receiving a selection associated with the third imaging option,

  (i) cause the first visible light camera to generate third image data that is associated with the scene,

  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and

  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

The Apple iPhone 16 Pro Max comprises an **interface** with a selectable **third imaging option** corresponding to using the **first visible light camera** and **second visible light camera**. The Apple iPhone 16 Pro Max comprises the selectable imaging option of PORTRAIT mode, which is the third imaging option using the first visible light camera and the second visible light camera.





(1x) Image (captured in Portrait mode with Fusion camera and Ultra Wide camera by covering the remaining camera)

**Source:** product testing

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus 13 |
|---|---|
| **1.** An imaging system comprising:<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>**a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap**; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br><br>responsive to receiving a selection associated with the third imaging option,<br>  (i) cause the first visible light camera to generate third image data that is associated with the scene,<br>  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises a **frame** configured to be carried or worn by a user, the **first visible light camera** and the **second visible light camera** being coupled to the **frame** such that the **first field of view** of the **first visible light camera** and the **second field of view** of the **second visible light camera** at least partially overlap.<br><br> <br><br>**first field of view**      **second field of view**<br><br>**Source:** product testing |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 14 |
|---|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>a second visible light camera having a second field of view;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>a first imaging option corresponding to using the first visible light camera;<br>a second imaging option corresponding to using the second visible light camera; and<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>**at least one processor configured to**:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>responsive to receiving a selection associated with the third imaging option,<br>  (i) cause the first visible light camera to generate third image data that is associated with the scene,<br>  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises at least one **processor**.<br><br>A18 Pro chip<br><br>New 6-core CPU with 2 performance and 4 efficiency cores<br><br>New 6-core GPU<br><br>New 16-core Neural Engine<br><br>**Source:** https://www.apple.com/iphone-16-pro/specs/; https://support.apple.com/en-us/121032. | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 15 |
|---|---|---|

<table>
<tr><td>

**1.** An imaging system comprising:

a first visible light camera having a first field of view;

a second visible light camera having a second field of view;

an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:

a first imaging option corresponding to using the first visible light camera;

a second imaging option corresponding to using the second visible light camera; and

a third imaging option corresponding to using the first visible light camera and the second visible light camera;

a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and

at least one processor configured to:

**responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;**

responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and

responsive to receiving a selection associated with the third imaging option,

  (i) cause the first visible light camera to generate third image data that is associated with the scene,

  (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and

  (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.

</td><td>

The Apple iPhone 16 Pro Max comprises at least one **processor** configured to be responsive to receiving a selection associated with the **first imaging option**, cause the **first visible light camera** to generate **first image data** that is associated with a scene**.** When operating at 0.5x zoom in photo mode, the iPhone 16 Pro Max takes an image of the scene using the Ultra Wide camera.

 

**First image data**

(0.5x) Image (captured with Ultra Wide camera and by covering the remaining cameras)

**Source:** product testing; https://www.youtube.com/live/uarNiSl_uh4?t=4893s

</td></tr>
</table>

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **1.** An imaging system comprising:<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>**responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene**; and<br><br>responsive to receiving a selection associated with the third imaging option,<br><br>   (i) cause the first visible light camera to generate third image data that is associated with the scene,<br><br>   (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br><br>   (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | 16<br><br>The Apple iPhone 16 Pro Max comprises at least one **processor** configured to be responsive to receiving a selection associated with the **second imaging option**, cause the **second visible light camera** to generate **second image data** that is associated with a scene. When operating at 1.0x zoom in photo mode, the iPhone 16 Pro Max takes an image of the scene using the Fusion camera.<br><br> <br><br>**Second image data**<br><br>(1x) Image (captured in Photo mode with Fusion camera and by covering the remaining cameras)<br><br>**Source:** product testing; https://www.youtube.com/live/uarNiSl_uh4?si=4CXJncrYnR09_HMH&t=4857 |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **1.** An imaging system comprising:<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br><br>**responsive to receiving a selection associated with the third imaging option,**<br><br>    **(i) cause the first visible light camera to generate third image data that is associated with the scene,**<br><br>    (ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br><br>    (iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises at least one **processor** configured to be responsive to receiving a selection associated with the *third imaging option* (i) cause the **first visible light camera** to generate **third image data** that is associated with the scene. The Apple iPhone 16 Pro Max comprises the selectable imaging option of PORTRAIT mode, which is the third imaging option using the first visible light camera and the second visible light camera. The processor generates third image data from the first visible light camera (Ultra Wide camera) as shown below.<br><br> <br><br>Portrait Mode Image (captured from Ultra Wide camera only with other cameras blocked)<br><br>**Source:** product testing |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 18 |
|---|---|---|
| **1.** An imaging system comprising:<br><br>a first visible light camera having a first field of view;<br><br>a second visible light camera having a second field of view;<br><br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br><br>a first imaging option corresponding to using the first visible light camera;<br><br>a second imaging option corresponding to using the second visible light camera; and<br><br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br><br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br><br>at least one processor configured to:<br><br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br><br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br><br>**responsive to receiving a selection associated with the third imaging option,**<br><br>(i) cause the first visible light camera to generate third image data that is associated with the scene,<br><br>**(ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and**<br><br>(iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data. | The Apple iPhone 16 Pro Max comprises at least one **processor** configured to be responsive to receiving a selection associated with the third imaging option (ii) cause the **second visible light camera** to generate **fourth image data** that is associated with the scene. The Apple iPhone 16 Pro Max comprises the selectable imaging option of PORTRAIT mode, which is the third imaging option using the first visible light camera and the second visible light camera. The processor generates fourth image data from the second visible light camera (Fusion camera) as shown below.<br><br> <br><br>Portrait Mode Image (captured from Fusion camera only with other cameras blocked)<br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 19 |
|---|---|---|
| **1.** An imaging system comprising:<br>a first visible light camera having a first field of view;<br>a second visible light camera having a second field of view;<br>an interface configured to present a plurality of selectable imaging options, the plurality of selectable imaging options including:<br>a first imaging option corresponding to using the first visible light camera;<br>a second imaging option corresponding to using the second visible light camera; and<br>a third imaging option corresponding to using the first visible light camera and the second visible light camera;<br>a frame configured to be carried or worn by a user, the first visible light camera and the second visible light camera being coupled to the frame such that the first field of view of the first visible light camera and the second field of view of the second visible light camera at least partially overlap; and<br>at least one processor configured to:<br>responsive to receiving a selection associated with the first imaging option, cause the first visible light camera to generate first image data that is associated with a scene;<br>responsive to receiving a selection associated with the second imaging option, cause the second visible light camera to generate second image data that is associated with the scene; and<br>**responsive to receiving a selection associated with the third imaging option,**<br>(i) cause the first visible light camera to generate third image data that is associated with the scene,<br>(ii) cause the second visible light camera to generate fourth image data that is associated with the scene, and<br>**(iii) cause the interface to display a visual image of the scene using at least a portion of the third image data and at least a portion of the fourth image data.** | The Apple iPhone 16 Pro Max comprises at least one **processor** configured to be responsive to receiving a selection associated with the third imaging option (iii) cause the interface to display a visual image of the scene using at least a portion of the **third image data** and at least a portion of the **fourth image data**.<br><br> <br><br>Portrait Mode Image (captured from Ultra Wide camera and Fusion camera with other camera blocked)<br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 20 |
|---|---|---|
| **14.** The imaging system of claim 1, wherein the at least one processor is further configured to, based at least in part on the third image data and the fourth image data, extract distance information associated with an object in the scene. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 1 wherein the at least one processor is further configured to, based at least in part on the third image data and the fourth image data, extract **distance information** associated with an object in the scene. | |

On iOS devices with a back-facing dual camera or a front-facing TrueDepth camera, the capture system can record depth information. A depth map is like an image; however, instead of each pixel providing a color, it indicates distance from the camera to that part of the image (either in absolute terms, or relative to other pixels in the depth map).

You can use a depth map together with a photo to create image-processing effects that treat foreground and background elements of a photo differently, like the Portrait mode in the iOS Camera app. By saving color and depth data separately, you can even apply and change these effects long after a photo has been captured.



Telephoto image

Depth map

Portrait image

**Source:** https://developer.apple.com/documentation/avfoundation/capturing-photos-with-depth

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 21 |
|---|---|---|
| **15**. The imaging system of claim 14, wherein the displayed visual image of the scene includes the object and has a lowered resolution version of a background portion of the scene. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 15 wherein the displayed visual image of the scene includes the object and has a lowered resolution version of a background portion of the scene.<br><br><br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 22 |
|---|---|---|
| **16.** The imaging system of claim 15, wherein the lowered resolution version of the background portion of the scene causes the background portion of the scene to appear blurred. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 15 wherein the lowered resolution version of the background portion of the scene causes the background portion of the scene to appear blurred.<br><br><br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 23 |
|---|---|---|
| **17.** The imaging system of claim 15, wherein the background portion of the scene generally surrounds the object in the scene. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 16 wherein the background portion of the scene generally surrounds the object in the scene.<br><br><br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **18.** The imaging system of claim 16, wherein the background portion is blurred by pixel binning, applying a low pass filter, or a combination thereof. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 16 wherein the background portion is blurred by pixel binning, applying a low pass filter, or a combination thereof. On information and belief, the Apple iPhone 16 Pro Max is an imaging system which in operation uses pixel binning to lower the resolution of the peripheral regions of an image. |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 25 |
|---|---|---|
| **19.** The imaging system of claim 1, wherein the at least one processor is further configured to, based at least in part on the third image data and the fourth image data, extract distance information associated with a feature in the scene. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 1 wherein the at least one processor is further configured to, based at least in part on the third image data and the fourth image data, extract distance information associated with a feature in the scene. | |

On iOS devices with a back-facing dual camera or a front-facing TrueDepth camera, the capture system can record depth information. A depth map is like an image; however, instead of each pixel providing a color, it indicates distance from the camera to that part of the image (either in absolute terms, or relative to other pixels in the depth map).

You can use a depth map together with a photo to create image-processing effects that treat foreground and background elements of a photo differently, like the Portrait mode in the iOS Camera app. By saving color and depth data separately, you can even apply and change these effects long after a photo has been captured.



**Source:** https://developer.apple.com/documentation/avfoundation/capturing-photos-with-depth

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 26 |
|---|---|---|
| **20.** The imaging system of claim 19, wherein the displayed visual image of the scene includes the feature and has a lowered resolution version of a region peripheral to the feature. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 19 wherein the displayed visual image of the scene includes the feature and has a lowered resolution version of a region peripheral to the feature. The Apple iPhone 16 Pro Max is an imaging system which in operation uses pixel binning to lower the resolution of the peripheral regions of an image.<br><br><br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus | 27 |
|---|---|---|
| **22.** The imaging system of claim 20, wherein the region peripheral to the feature generally surrounds the feature in the scene. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 20 wherein the region peripheral to the feature generally surrounds the feature in the scene.<br><br><br><br>**Source:** product testing | |

| U.S. Pat. No. 12,336,782 B2 | Accused Apparatus |
|---|---|
| **23.** The imaging system of claim 20, wherein the resolution of the region peripheral to the feature is lowered by pixel binning, applying a low pass filter, or a combination thereof. | The Apple iPhone 16 Pro Max comprises at an imaging system of claim 20 wherein the resolution of the region peripheral to the feature is lowered by pixel binning, applying a low pass filter, or a combination thereof. On information and belief, the Apple iPhone 16 Pro Max is an imaging system which in operation uses pixel binning to lower the resolution of the peripheral regions of an image. |