EXHIBIT J



# 11,800,244 Claim Chart

## Apple – iPhone 16 Pro Max

Case 7:26-cv-00203   Document 1-10   Filed 05/21/26   Page 3 of 33

1. **A multi-camera imaging apparatus comprising:**

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max is a multi-camera imaging apparatus. It is equipped with multiple rear digital cameras.



**Source:** https://support.apple.com/en-us/121032

1. A multi-camera imaging apparatus comprising:

**a camera module,** the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **camera module**. It includes a 48MP Fusion camera and a 48MP Ultra Wide camera together forming the camera module.



**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229

| U.S. Pat. No. 11,800,244 B1 | Accused Apparatus | 4 |
|---|---|---|
| 1. A multi-camera imaging apparatus comprising:<br><br>**a camera module,** the camera module comprising:<br><br>a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and<br><br>a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and<br><br>electronic components, the electronic components comprising:<br><br>at least one processor in communication with the first and the second cameras, the at least one processor configured to:<br><br>receive the first scene image from the first camera and the second scene image from the second camera,<br><br>associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and<br><br>take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view. | The iPhone 16 Pro Max comprises a **camera module**. It includes a Pro camera system ("**camera module**") having two cameras a 48MP Fusion camera and a 48MP Ultra Wide camera.<br><br>**Pro camera system**<br><br>48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)<br><br>Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels<br><br>48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)<br><br>12MP 5x Telephoto: 120 mm, ƒ/2.8 aperture and 20° field of view, 100% Focus Pixels, seven-element lens, 3D sensor-shift optical image stabilization and autofocus, tetraprism design<br><br>**Source:** https://support.apple.com/en-us/121032 | |

1. A multi-camera imaging apparatus comprising:

a camera module, **the camera module comprising:**

**a first camera** having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The iPhone 16 Pro Max comprises a **camera module** having a **first camera.** It includes a 48MP Ultra Wide camera ("**first camera**").



**Source:** https://youtu.be/uarNiSl_uh4?t=4879

Pro camera system

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

**Source:** https://support.apple.com/en-in/121032

1. A multi-camera imaging apparatus comprising:

a camera module, **the camera module comprising:**

**a first camera having a first color filter array,** a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **camera module** comprising a **first camera** having a **first color filter array**. It includes a 48MP Ultra Wide camera ("**first camera**"). The Ultra Wide camera incorporates an RGGB color filter array ("**first color filter array**").



**Source:** https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632

| Message name | Resolution (MP) Pixel count | Resolution (px) | Sensor Size | Pixel Size | Pixel Binning | FWC saturation capacity | AF | HDR | CFA Color Filters | 2-Layer Transistor | Transfer Gate | Installed models are the models that come with them. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMX972 | 48MP | | 1/2.55 | 0.7 μm | 4-in-1 | | Full -pix el P DAF | | RGGB | | | - iPhone 16 Pro Max<br>- iPhone 16 Pro |

**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

**a first camera having** a first color filter array, **a first field of view,** a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The iPhone 16 Pro Max comprises a **first camera** module having a **first field of view**. It includes a 48MP Ultra Wide camera ("**first camera**") with a diagonal angular field of view of 120 degrees ("**first field of view**").

**first field of view**

 

**(0.5x)**

(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

| U.S. Pat. No. 11,800,244 B1 | Accused Apparatus |
|---|---|
| 1. A multi-camera imaging apparatus comprising: <br><br> a camera module, the camera module comprising: <br><br> **a first camera having** a first color filter array, a first field of view, **a first image resolution, and a first plurality of image pixels,** for capturing a first scene image, and <br><br> a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and <br><br> electronic components, the electronic components comprising: <br><br> at least one processor in communication with the first and the second cameras, the at least one processor configured to: <br><br> receive the first scene image from the first camera and the second scene image from the second camera, <br><br> associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and <br><br> take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view. | The iPhone 16 Pro Max comprises a **first camera** having a **first image resolution** and a **first plurality of image pixels**. It includes a 48MP Ultra Wide camera ("**first camera**"), having (~12MP, 1,455 pixels/working distance) a ("**first image resolution**") and 3024 x 4032 and 5040 pixels diagonally ("**first plurality of image pixels**"). <br><br> Pro camera system <br><br> 48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP) <br><br> Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels <br><br> 48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP) <br><br> **Source:** https://support.apple.com/en-in/121032 <br><br>  <br><br> **Source:** Screen capture during product testing |

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

**a first camera having** a first color filter array, a first field of view, **a first image resolution, and a first plurality of image pixels,** for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The **first camera** having a **first image resolution** and a **first plurality of image pixels**. Image resolution can be quantified in terms of spatial resolution (pixels per unit distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2:** Relationship between FOV, sensor size, and WD for a given AFOV.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

**a first camera having** a first color filter array, a first field of view, **a first image resolution, and a first plurality of image pixels,** for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{120°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 3.464 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3{,}024^2 + 4{,}032^2}$$

$$\textbf{pixels}_{\textbf{diagonal}} = \textbf{5{,}040 pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{5040\ pixels}{3.464 \times WD} = \textbf{1{,}455 pixels/working distance}$$

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

**a first camera** having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, **for capturing a first scene image, and**

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **first camera** for capturing a **first scene image**. It includes a 48MP Ultra Wide camera ("**first camera**") for capturing a candle-lit scene ("**first scene image**").

**first scene image**





**(0.5x)**

(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

| | |
|---|---|
| 1. A multi-camera imaging apparatus comprising:<br><br>a camera module, **the camera module comprising**:<br><br>a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and<br><br>**a second camera** having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and<br><br>electronic components, the electronic components comprising:<br><br>at least one processor in communication with the first and the second cameras, the at least one processor configured to:<br><br>receive the first scene image from the first camera and the second scene image from the second camera,<br><br>associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and<br><br>take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view. | The iPhone 16 Pro Max comprises a **camera module** comprising a **second camera.** It includes a 48MP Fusion camera ("**second camera**").<br><br><br><br>**Source:** https://youtu.be/uarNiSl_uh4?t=4879<br><br>Pro camera system<br><br>48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)<br><br>Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels<br><br>48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)<br><br>**Source:** https://support.apple.com/en-in/121032 |

1. A multi-camera imaging apparatus comprising:

a camera module, **the camera module comprising**:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having a second color filter array,** a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **camera module** comprising a **second camera** having a **second color filter array**. It includes a 48MP Fusion camera ("**second camera**"). The Fusion camera incorporates an RGGB color filter array ("**second color filter array**").



iPhone 16 Pro Max & 16 Pro

**Source:** https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632

| Message name | Resolution (MP) Pixel count | Resolution (px) | Sensor Size | Pixel Size | Pixel Binning | FWC saturation capacity | AF | HDR | CFA Color Filters | 2-Layer Transistor | Transfer Gate | Installed models are the models that come with them. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMX903 | 48MP | | 1/1.3 | 1.2 μm | 4-in-1 | | Dual Pixel PDAF (Full Pixel PD AF) | | RGGB | | | - iPhone 17 Pro Max<br>- iPhone 17 Pro<br>- iPhone 16 Pro Max<br>- iPhone 16 Pro |

**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, **a second field of view,** a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The iPhone 16 Pro Max comprises a **second camera** having a **second field of view**. It includes a 48MP Fusion camera ("**second camera**") which yields photos spanning 6,048 × 8,064 pixels. The iPhone 16 Pro Max literature does not provide the Fusion camera's FOV. It can be calculated manually using the below steps:

1. Hang a grid chart on the wall with each grid square being 4 cm x 4 cm.
2. Place the phone in front of the grid chart that (0, 0) coordinate of the grid chart is at the center of the camera.
3. Measure the distance ($d$) between chart and phone (iPhone 16 Pro Max). Here, this comes out to be 20 cm.
4. Block the Ultra-Wide and Telephoto lenses so that only the Fusion camera (**first camera**) is not covered.
4. Open the camera app on the phone and observe the horizontal and vertical views. This is the **first field of view**.
5. Measure the horizontal & vertical distances within the first field of view. Here, these are 20 cm & 27.2 cm.

6. Values for $x$ and $y$ are calculated by dividing these numbers by 2.




$$x = \frac{20\ cm}{2} = 10\ cm$$

$$y = \frac{27.2\ cm}{2} = 13.6\ cm$$

**Source:** Product Testing

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, **a second field of view,** a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

7. Diagonal distance $z$ can be calculated for previously known distances $x$ and $y$ using the Pythagorean Theorem.

$$z = \sqrt{x^2 + y^2}$$

$$z = \sqrt{10^2 + 13.6^2}$$

$$z = \mathbf{16.9}$$

8. Once the diagonal distance $z$ is calculated, we can calculate diagonal angular FOV.

**<u>Diagonal FOV (dFOV)</u>**

$$dFOV = 2 * tan^{-1} \frac{z}{d}$$

$$dFOV = 2 * tan^{-1} \frac{\sqrt{x^2 + y^2}}{d}$$

$$dFOV = 2 * tan^{-1} \frac{16.9}{20}$$

$$\boxed{dFOV = 80.4°}$$

Thus, The iPhone 16 Pro Max comprises a **second camera** having a **second field of view**. It includes a 48MP Fusion camera ("**second camera**") with a diagonal angular field of view of 80.4 degrees ("**second field of view**"), which yields photos spanning 6,048 × 8,064 pixels.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, **a second field of view,** a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **second camera** having a **second field of view**. It includes a 48MP Fusion camera ("**second camera**") with a diagonal angular field of view of 80.4 degrees ("**second field of view**"), which yields photos spanning 6,048 × 8,064 pixels.



**second field of view**



(1x) Image (captured with Fusion camera and by using the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, a second field of view, **a second image resolution, and a second plurality of image pixels,** for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The iPhone 16 Pro Max comprises a **second camera** having a **second image resolution** and a **second plurality of image pixels**. It includes a 48MP Fusion camera ("**second camera**") having (~48MP, 6,102 pixels/working distance) a ("**second image resolution**") and 6048 x 8064 and 10080 pixels diagonally ("**second plurality of image pixels**").

**Pro camera system**

48MP Fusion: 24 mm, ƒ/1.78 aperture, second-generation sensor-shift optical image stabilization, 100% Focus Pixels, support for super-high-resolution photos (24MP and 48MP)

Also enables 12MP 2x Telephoto: 48 mm, ƒ/1.78 aperture, second generation sensor-shift optical image stabilization, 100% Focus Pixels

48MP Ultra Wide: 13 mm, ƒ/2.2 aperture and 120° field of view, Hybrid Focus Pixels, super-high-resolution photos (48MP)

**Source:** https://support.apple.com/en-in/121032



**Source:** Screen capture during product testing

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, a second field of view, **a second image resolution, and a second plurality of image pixels,** for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The **second camera** having a **second image resolution** and a **second plurality of image pixels**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera having** a second color filter array, a second field of view, **a second image resolution, and a second plurality of image pixels,** for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{80.4°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.690 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}{}^2 + \text{pixels}_{\text{vertical}}{}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{6,048^2 + 8,064^2}$$

$$\textbf{pixels}_{\textbf{diagonal}} = \textbf{10,080 pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{10,080 \; pixels}{1.690 \times WD} = \textbf{5,965 pixels/working distance}$$

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

**a second camera** having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, **for capturing a second scene image,** wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **second camera** capturing a **second scene image**. It includes a 48MP Fusion camera ("**second camera**") capturing a candle-lit scene ("**second scene image**").

**second scene image**





(1x) Image (captured with Fusion camera and by using the ProCam application)

(1x) Image (captured with Fusion camera and by using the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, **wherein the first and the second fields of view have an overlap; and**

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises a **second scene image** wherein **first field of view** overlaps with the **second field of view**. The **second field of view** is a subset of **first field of view**.



(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

(1x) Image (captured with Fusion camera and by using the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

**electronic components,** the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises **electronic components**.



**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229

| | |
|---|---|
| 1. A multi-camera imaging apparatus comprising: | The iPhone 16 Pro Max comprises **electronic components**. It includes the A18 Pro chipset ("**electronic components**"). |
| a camera module, the camera module comprising: | |
| a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and | |
| a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and | |

| | | |
|---|---|---|
| **PLATFORM** | OS | iOS 18, upgradable to iOS 26.3 |
| | Chipset | Apple A18 Pro (3 nm) |
| | CPU | Hexa-core (2x4.05 GHz + 4x2.42 GHz) |
| | GPU | Apple GPU (6-core graphics) |
| **MEMORY** | Card slot | No |
| | Internal | 256GB 8GB RAM, 512GB 8GB RAM, 1TB 8GB RAM |
| | | NVMe |

**Source:** https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php

| | |
|---|---|
| Chip | A18 Pro chip |
| | New 6-core CPU with 2 performance and 4 efficiency cores |
| | New 6-core GPU |
| | New 16-core Neural Engine |

**Source:** https://support.apple.com/en-us/121032

**electronic components,** the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, **the electronic components comprising:**

**at least one processor in communication with the first and the second cameras,** the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max comprises **electronic components** comprising at least **one processor**, which is in communication with the first camera and the second camera. It includes A18 Pro ("**electronic components**") which includes an image signal processor (ISP) ("**one processor**"). The cameras are connected to a logic board, and the ISP communicates with the camera module utilizing software code embedded in the processor.



**Source:** https://www.youtube.com/live/uarNiSl_uh4?si=Z6eOBneq6_cYQjDW&t=4783



**Source:** https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229

Case 7:26-cv-00203    Document 1-10    Filed 05/21/26    Page 26 of 33

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

**receive the first scene image from the first camera and the second scene image from the second camera,**

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max's processor is configured to receive the **first scene image** from the first camera and the **second scene image** from the second camera. The ISP receives the **first scene image** from the first camera and the **second scene image** from the second camera.

**first scene image**



(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

**second scene image**



(1x) Image (captured with Fusion camera and by using the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

**receive the first scene image from the first camera and the second scene image from the second camera,**

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

Product testing confirms that the iPhone 16 Pro Max uses two cameras to increase the dynamic range of the peripheral regions of the first scene image that is not within the second field of view.



(0.5x) Image (captured with only the Ultra Wide camera and by using the ProCam application)



(0.5x) Image (captured with both the Ultra Wide camera and the Fusion camera by using the Native application)

The output image in the bottom exhibits increased dynamic range. This increase is not achieved when only the 48MP Ultra Wide camera or only the 48MP Fusion camera is used. This confirms that the processor of the iPhone 16 Pro Max receives images from **both** cameras to increase the dynamic range of the peripheral regions of the first scene image that is not within the second field of view.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

receive the first scene image from the first camera and the second scene image from the second camera,

**associate a first subset of the first scene image to a subset of the second scene image** wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

The iPhone 16 Pro Max's processor associates a **first subset** of the **first scene image** to a **subset** of the **second scene image**. The ISP is associating a part ("**first subset**") of the image ("**first scene image**") captured using the Ultra Wide camera with a part ("**subset**") of the image ("**second scene image**") captured using the Fusion camera.



(0.5x) Image (captured with Ultra Wide camera and by the ProCam application)

(1x) Image (captured with Fusion camera and by the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

receive the first scene image from the first camera and the second scene image from the second camera,

**associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and**

take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

---

The iPhone 16 Pro Max's processor is configured to associate a **first subset** of the **first scene image** to a **subset** of the second scene image wherein the associated **first subset** of the **first scene image** and the **subset** of the second scene image correspond to a **first portion** of the scene that is within the **first** and the **second fields of view**. The image captured with Ultra Wide camera has the **first field of view** which contains the overlapping portion ("**first portion**"). The image captured with the Fusion camera has the **second field of view.** It also has the overlapping portion ("**first portion**").



first field of view          second field of view

(0.5x)          (1x)

(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

(1x) Image (captured with Fusion camera and by using the ProCam application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

**take an action to increase the dynamic range of a second subset of the first scene image** based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

Product testing confirms that the iPhone 16 Pro Max's processor takes an action to increase the **dynamic range** of a **second subset** of the **first scene image**. It performs image processing using its ISP to increase the **dynamic range** of a peripheral region ("**second subset**") of the **first scene image** captured by the Ultra Wide camera, that lie outside the field of view of the Fusion camera.

**first scene image**



(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

**first scene image**



(0.5x) Image (captured with Ultra Wide camera and Fusion camera by using the Native application)

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, the at least one processor configured to:

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

**take an action to increase the dynamic range of a second subset of the first scene image** based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.

Product testing confirms that the iPhone 16 Pro Max's processor takes an action to increase the **dynamic range** of a second subset of the **first scene image**. It performs image processing using its ISP to increase the **dynamic range** of a peripheral region (i.e., second subset) of the **first scene image** captured by the Ultra Wide camera, that lie outside the field of view of the Fusion camera.

**first scene image**



(0.5x) Image of HDR chart (captured with Ultra Wide camera and by using the ProCam application)

**first scene image**



(0.5x) Image of HDR chart (captured with Ultra Wide and Fusion camera and by using the Native application)

The bottom image (using both Ultra Wide and Fusion cameras in the Native application) exhibits increased dynamic range. This increase is not achieved when only the 48MP Ultra Wide camera or only the 48MP Fusion camera is used. This confirms that the processor of the iPhone 16 Pro Max receives images from **both** cameras to increase the dynamic range of the peripheral regions of the first scene image that is not within the second field of view.

1. A multi-camera imaging apparatus comprising:

a camera module, the camera module comprising:

a first camera having a first color filter array, a first field of view, a first image resolution, and a first plurality of image pixels, for capturing a first scene image, and

a second camera having a second color filter array, a second field of view, a second image resolution, and a second plurality of image pixels, for capturing a second scene image, wherein the first and the second fields of view have an overlap; and

electronic components, the electronic components comprising:

at least one processor in communication with the first and the second cameras, **the at least one processor configured to:**

receive the first scene image from the first camera and the second scene image from the second camera,

associate a first subset of the first scene image to a subset of the second scene image wherein the associated first subset of the first scene image and the subset of the second scene image correspond to a first portion of the scene that is within the first and the second fields of view, and

**take an action to increase the dynamic range of a second subset of the first scene image based upon the associated the first subset of the first scene image to the subset of the second scene image wherein the second subset of the first scene image corresponds to a second portion of the scene that is not within the second field of view.**

Product testing confirms that the iPhone 16 Pro Max's processor takes an action to increase the **dynamic range** of a **second subset** of the **first scene image** based upon the association of the **first subset** of the **first scene image** to the **subset** of the **second scene image**, wherein the **second subset** of the **first scene image** corresponds to a **second portion** of the scene that is not within the **second field of view**. The ISP increases the **dynamic range** of a peripheral region ("**second subset**") of the image ("**first scene image**") captured by the Ultra Wide camera, based upon the overlapping region of the images captured by both the cameras (i.e., Ultra Wide camera and Fusion camera).



(0.5x) Image (captured with Ultra Wide camera and by using the ProCam application)

(0.5x) Image (captured with Fusion camera by using the Native application)

| '244 Claim Element | iPhone 16 Pro Max |
|---|---|
| camera module | Pro camera system |
| first camera | 48MP |
| first color filter array | RGGB |
| first field of view | 120° |
| first image resolution | 1,455 pixels/working distance |
| first plurality of image pixels | 5,040 pixels (Diagonal) |
| second camera | 48MP |
| second color filter array | RGGB |
| second field of view | 80.4° |
| second plurality of image pixels | 10,080 pixels (Diagonal) |
| second image resolution | 5,965 pixels/working distance |
| processor | ISP of A18 Pro |

**Sources:** Product Testing;
https://support.apple.com/en-us/121032;
https://www.youtube.com/live/uarNiSl_uh4?si=4CXJncrYnR09_HMH&t=4857;
https://youtu.be/l1zeOOM7sD8?si=JtqLGOc8iGjU2rS-&t=229;
https://youtu.be/IBjISNB3Y3g?si=KGylOS2lsOxm-6MG&t=632;
https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc;
https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/;
https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf;
https://www.gsmarena.com/apple_iphone_16_pro_max-13123.php;

## Dynamic Range



Ultra Wide using ProCam application



Ultra Wide + Fusion using Native application

The above two images clearly show an improvement in **dynamic range**, as the Native application (which uses both the Ultra Wide camera and the Fusion camera) image reveals more visible intensity levels compared to the ProCam application (which uses only the Ultra Wide camera) image.